JUNE 14, 1966.

No. 921. HOWARD *v.* KENTUCKY. Ct. App. Ky. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John Y. Brown* for petitioner. *Robert Matthews,* Attorney General of Kentucky, and *Charles W. Runyan,* Assistant Attorney General, for respondent.